

# NUMBER 13-20-00262-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

ADRIANA TORRES D/B/A COQUETAS,                                   Appellant,

v.

ARACELY OROZCO D/B/A MIA VICTORIA,                                Appellee.

On appeal from the 107th District Court
of Cameron County, Texas.

# MEMORANDUM OPINION

**Before Justices Benavides, Longoria, and Tijerina**
**Memorandum Opinion by Justice Benavides**

Appellant Adriana Torres d/b/a Coquetas filed a notice of appeal from a judgment rendered in favor of appellee, Aracely Orozco d/b/a Mia Victoria, in a breach of contract case.

On June 1, 2020, appellant filed her notice of appeal. On July 13, 2020, the Clerk of this Court requested appellant to pay the $205.00 filing fee for the notice of appeal within ten days. Appellant did not pay the fee. On October 27, 2020, the Clerk of this Court notified appellant that she was delinquent in paying the fee and advised appellant that we would dismiss her appeal unless the filing fee was paid within ten days. *See* TEX. R. APP. P. 42.3(c). To date, appellant has not paid the filing fee or otherwise responded to the notices from the Clerk.

The Court, having examined and fully considered the documents on file and appellant's failure to pay the filing fee, is of the opinion that this appeal should be dismissed. *See id.* R. 42.3(b),(c) (authorizing the court to dismiss an appeal for want of prosecution or because appellant has failed to comply with a requirement of the appellate rules, a court order, or a notice from the clerk requiring a response or other action within a specified time); *Smith v. DC Civil Constr., LLC*, 521 S.W.3d 75, 76 (Tex. App.—San Antonio 2017, no pet.). Accordingly, we dismiss this appeal for want of prosecution and because appellant failed to comply with the requirements of the appellate rules and directives from the Clerk. *See* TEX. R. APP. P. 42.3(b),(c).

GINA M. BENAVIDES
Justice

Delivered and filed the
7th day of January, 2021.